IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 4:12CB3006 |
| Plaintiff, | ) VIOLATION: 1753063 |
| v. | ) |
| RUSSELL ELLISON, | ) ORDER |
| Defendant. | ) |

Upon motion of the government, the warrant shall be recalled and this matter set for hearing on October 4, 2012 at 8:30 a.m.

IT IS SO ORDERED this 24th day of September, 2012.

_____
CHERYL R. ZWART
United States Magistrate Judge